wanting. I think the judgment should be reversed, and a new trial granted.

WILLIAMS, J., dissents.

---

BENTLEY et al., Appellants, v. AHRENS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Gustavus A. Bentley and others against George H. Ahrens and another. No opinion. Judgment affirmed, with costs.

---

BERGER, Respondent, v. RENZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Morris Berger against Magdelena Renz. No opinion. Judgment affirmed, with costs.

---

BERGER, Respondent, v. SUSSMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Samuel Berger against Adolph Sussman and another. No opinion. Judgment and order affirmed, with costs.

---

BIEBER, Appellant, v. ROSENGARTEN, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Aaron Bieber against Philip Rosengarten. J. Manheim, for appellant. M. Jaffe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

BIRD, Respondent, v. NEW YORK & Q. C. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by John Bird against the New York & Queens County Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

---

BLISS et al., Respondents, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Aaron P. Bliss and another against Morris Levy, and others: Carl Weinberg being sued as Abraham Weinberg.

PER CURIAM. If the case was dismissed on the return day because of the failure of the plaintiffs to appear, the judgment appealed from was rendered without jurisdiction; but on the appeal from the judgment the return is conclusive, and that states that the case was adjourned on the return day. The notice of appeal states that the appeal is also from an order denying a motion to vacate said judgment, entered on the 2d day of January, 1908; but no such order is returned to this court. There is a memorandum of a decision indorsed on the papers, but no order. This is another illustration of the laxity which so frequently occurs in the making of returns to this court on appeals from the Municipal Court. The judgment of the Municipal Court is affirmed, with costs, and the appeal from the alleged order is dismissed.

---

BLOOMER, Respondent, v. ST. PAUL FIRE & MARINE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department.

June 12, 1908.) Action by Mary Bloomer against the St. Paul Fire & Marine Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 6 OF MANLIUS, Appellant, v. GEE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by the board of education of Union free school district No. 6 of Manlius, N. Y., against John W. Gee and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not sitting.

---

BONAGURA, Respondent, v. JANPOL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Salvatore Bonagura against Henry Janpol and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

BOWER, Respondent, v. HOLBROOK, CABOT & ROLLINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Adah J. Bower, as administratrix, etc., of George Bower against Holbrook, Cabot & Rollins. No opinion. Motion denied.

---

BOYCE, Respondent, v. NEW YORK CITY RY. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary E. Boyce, as administratrix, etc., against the New York City Railway Company. No opinion. Motion denied.

---

BOYD, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Margaret P. Boyd against Alexander Boyd. No opinion. Order affirmed, with $10 costs and disbursements.

---

W. H. BRACE CO., Appellant, v. KRAFT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by the W. H. Brace Company against Frank A. Kraft and another. No opinion. Judgment affirmed, with costs.

---

BRAIKER, Respondent, v. LINDENBAUM, et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Max Braiker against Harry Lindenbaum and others. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

BRANDT v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Appeal from Trial Term. Action by Charles E. Brandt against the Third Avenue Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Ar-

nold Cross, for appellant. B. H. Ames, for respondent.

PER CURIAM. We think there should be a new trial in this case, on the ground that the question as to the defendant's negligence and the plaintiff's freedom from contributory negligence should have been presented to the jury. Judgment reversed, and new trial ordered, with costs to appellant to abide event.

BROADWELL, Appellant, v. CONOVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by William C. Broadwell against Jacob D. Conover. No opinion. Judgment and order affirmed, with costs.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) In the matter of the application of the Brooklyn Bar Association to disbar William O. Miles, an attorney. No opinion. Application granted.

BROWN, Respondent, v. COOPER PAPER BOX CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Nellie Brown, an infant, etc., against the Cooper Paper Box Company.

PER CURIAM. Judgment and order affirmed, with costs. See 106 N. Y. Supp. 1118.

ROBSON, J., dissents.

In re BROWNE. (Supreme Court, Appellate Division, First Department. July 8, 1908.) In the matter of Alice K. Browne, deceased. No opinion. Order affirmed, with costs. Order filed.

BRUDER, Appellant, v. PHILLIPS, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by William H. Bruder against Mary J. Phillips. A. Wardwell, for appellant. I. N. Sievwright, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRYANT, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Melville W. C. Bryant against Carl Berg. No opinion. Judgment affirmed, with costs.

BUCHANAN, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Frances L. Buchanan against the Brooklyn Heights Railroad Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which case the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.

BUCKY, Respondent, v. BEN FRANKLIN INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company. A. L. Davis, for appellant. W. B. Crisp, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BUCKY, Respondent, v. BEN FRANKLIN INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

BUCKY v. BEN FRANKLIN INS. CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

In re BUFFALO & LACKAWANNA TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the application of the Buffalo & Lackawanna Traction Company for the appointment of three commissioners, etc. Robert F. Schelling, William B. Cutter, and Michael J. Danahey appointed commissioners to determine whether the Buffalo & Lackawanna Traction Company ought to be constructed, maintained, and operated upon and along the streets named in the petition.

BURKE, Appellant, v. LONDON GUARANTEE & ACCIDENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary Burke, an infant, by George J. O'Keefe, her guardian ad litem, against the London Guarantee & Accident Company. No opinion. Motion denied, with $10 costs.

BURKHARDT, Respondent, v. RYAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Frances Burkhardt against Catherine Ryan, impleaded with others. No opinion. Judgment affirmed, with costs.

BURNS, Respondent, v. CROW, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Mary Burns, as administratrix, against William L. Crow. No opinion. F. V. Johnson, for appellant. E. J. Gavegan, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See 107 N. Y. Supp. 944.

INGRAHAM and McLAUGHLIN, JJ., dissent.

BURT, Appellant, v. ROBERTSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Zerviah M. Burt, as sole surviving administrator, etc., against William B. Robertson and others. No opinion. Order affirmed, with costs.